# EXHIBIT C

Dr. Milton W. Schulz

Chiropractic Acupuncture Spinal Decompression Nutrition Physical Therapy Rehabilitation

Phone: [redacted] [redacted] [redacted] [redacted] [redacted]7

E-mail: [redacted] Website: [redacted]

2/21/19

Michael Iaccarino, CEO
Infogroup/Express Update
1020 E. First Street
Papillion, NE 68046

Re: 1/22/19, 1/29/19, 1/31/19, 2/14/19, 2/21/19 telemarketing call

On 1/22/19 at 1:24 p.m. I received a phone call from 402.836.3870. This call was from Express Update and was for the purpose of soliciting sales for search engine optimization.

As you should know!..............

The Telephone Consumer Protection Act 47 U.S.C. § 227 SEC. 227. [47 U.S.C. 227] RESTRICTIONS ON THE USE OF TELEPHONE EQUIPMENT, states the following:

(b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.— (1) PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States— (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice— (i) to any emergency telephone line (including any "911" line and any emergency line of a hospital, medical physician or service office, health care facility, poison control center, or fire protection or law enforcement agency); (ii) to the telephone line of any guest room or patient room of a hospital, health care facility, elderly home, or similar establishment; or (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call; (B) to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes or is exempted by rule or order by the Commission under paragraph (2)(B).

The discussion in the first paragraph details 5 violations of TCPA U.S. C. 227:

1) The first violation was the use of an autodialer to make the phone call. This is the reason no person was on the line when I actually answered. You never had my express written approval to make such a call.
2) Violation number 2 was the lack of identification of the corporate entity making the call, including address and telephone number, at the beginning of the call.
3) Violation number 3 was the fact that this call is to a wireless cell phone.
4) Violation number 4 was the fact this telephone number is listed on the national DNC registry.
5) Violation number 5 was the fact that this is a health care office.

According to the further provisions of the above act it is my right as a consumer to sue you for violations committed. Please understand that is my intent! According to this act it is my right to sue for $500 for each violation with triple damages if you violate knowingly. The fact that my number is on the national DNC registry proves you knowingly violated this act.

For this illegal phone solicitation I am asking for $37,500.00. Five seperate calls with five violations of the act per call with proof you knowingly violated it. If the above amount is not received prior to March 20, 2019, I will be filing for recovery in District Court.

Sincerely,