# EXHIBIT D

**From:** "DoNotReply@infogroup.com" <DoNotReply@infogroup.com>
**To:** "Chris.Heiman@infogroup.com" <Chris.Heiman@infogroup.com>
**Cc:** "miltonwschulz[redacted]
**Sent:** Friday, March 1, 2019, 10:53:29 AM CST
**Subject:** Incident# 756735 [Update] [Corporate.Communications@infogroup.com] FW: 410-328-8915

**Incident# 756735** has been updated by Corporate.Communications@infogroup.com with the following comments:

fyi

**From:** Milton Schulz[redacted]
**Sent:** Friday, March 1, 2019 10:33 AM
**To:** Corporate Communications <Corporate.Communications@infogroup.com>
**Subject:** Fw: Incident# 756735 [Update]

Actually, that is untrue.  TCPA regulations apply to any phone number that is a "wireless: number, or on the national DNC list, or is a health care office.

----- Forwarded Message -----

**From:** DoNotReply@infogroup.com <DoNotReply@infogroup.com>

**To:** "miltonwschulz[redacted]

**Sent:** Friday, March 1, 2019, 9:09:32 AM CST

**Subject:** Incident# 756735 [Update]

We do apologize, but this was in our business database, and the violations you are indicating only apply to consumer data.  We have removed your business from our business database and you will receive no additional calls.

Thanks and have a great day!

Content Feedback

The information contained in this electronic mail transmission, including any accompanying attachments, is intended solely for its authorized recipient(s) and may be confidential and/or legally privileged. If you are not an intended recipient or responsible for delivering some or all of this transmission to an intended recipient, you have received this transmission in error and are hereby notified that you are strictly prohibited from reading, copying, printing, distributing or disclosing any of the information contained in it. In that event, please delete the original and all copies of this transmission.

PLEASE NOTE – *To update this incident, replace the To address with ContentFeedback@infogroup.com and the subject line should remain same.*

*IMPORTANT NOTE for future correspondence on this case:*

*1. Please respond to this email assuring that the case id "Incident# 756735" is in the subject line - use "Reply" not "Reply All".*

*2. Auto responder(OOO, auto-reply, etc.,) subject line in emails will be deleted by our system and may never make it to its destination. If required, these words should be placed in the body of the email.*

*3. Do not send confidential attachments as they are stored on a Share server.*