UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MILTON SCHULZ, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 3:19-cv-01620-N |
| Plaintiff, | ) ) | Judge David C. Godbey |
| v. | ) ) ) | |
| INFOGROUP INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SETTLEMENT

Plaintiff Milton Schulz and Defendant Infogroup Inc. hereby notify the Court that the Parties to this action have reached an agreement on the principal terms of an individual settlement of all remaining claims in this action.

The Parties intend to file a Rule 41 dismissal upon completion of the terms of the Settlement Agreement, and in any event no later than 14 days from the date of this Notice. Accordingly, Defendant does not intend to file an answer to Plaintiff's Amended Complaint, which would otherwise be due on or before December 3, 2020.

Dated: December 2, 2020

Respectfully submitted,

| **JOHNSON BECKER, PLLC** | **DEFENDANT INFOGROUP INC.** |
|---|---|
| /s/ Jacob R. Rusch | By: /s/ Sean G. Wieber |
| Jacob R. Rusch (*pro hac vice*) | Sean G. Wieber (*pro hac vice*) |
| Timothy J. Becker (*pro hac vice*) | Kevin P. Simpson (*pro hac vice*) |
| 444 Cedar Street, Suite 1800 | Winston & Strawn LLP |
| Saint Paul, Minnesota | 35 West Wacker Drive |
| Telephone: (612) 436-1800 | Chicago, Illinois 60601 |
| Fax: (612) 436-1801 | swieber@winston.com |
| jrusch@johnsonbecker.com | kpsimpson@winston.com |
| tbecker@johnsonbecker.com | Telephone: (312) 558-5600 |
| | Facsimile: (312) 558-5700 |
| Counsel for Plaintiff | |
| | -and- |
| | Thomas B. Walsh, IV |
| | State Bar No. 00785173 |
| | WINSTON & STRAWN LLP |
| | 2121 N. Pearl Street, Suite 900 |
| | Dallas, TX 75201 |
| | twalsh@winston.com |
| | Telephone: (214) 453-6500 |
| | Facsimile: (214) 453-6400 |
| | ATTORNEYS FOR DEFENDANT INFOGROUP INC. |