UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MILTON SCHULZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INFOGROUP INC.,<br><br>　　　　Defendant. | CASE NO. 3:19-cv-01620-N<br><br>Judge David C. Godbey |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(A)(ii), and the Settlement Agreement by and between the Parties, Plaintiff Milton Schulz ("Plaintiff") and Defendant Infogroup Inc. hereby stipulate to the voluntary dismissal of Plaintiff's claims in this Action with prejudice. The claims asserted in this Action on behalf of the proposed class will be dismissed without prejudice. Each Party shall bear its own attorneys' fees and costs.

Respectfully submitted,

**JOHNSON BECKER, PLLC**

/s/ Jacob R. Rusch
Jacob R. Rusch (*pro hac vice*)
Timothy J. Becker (*pro hac vice*)
444 Cedar Street, Suite 1800
Saint Paul, Minnesota
Telephone: (612) 436-1800
Fax: (612) 436-1801
jrusch@johnsonbecker.com
tbecker@johnsonbecker.com

*Counsel for Plaintiff*

**DEFENDANT INFOGROUP INC.**

By: /s/ Sean G. Wieber
Sean G. Wieber (*pro hac vice*)
Kevin P. Simpson (*pro hac vice*)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
swieber@winston.com
kpsimpson@winston.com
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

-and-

Thomas B. Walsh, IV
State Bar No. 00785173
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
twalsh@winston.com
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

ATTORNEYS FOR DEFENDANT INFOGROUP INC.